**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA AN ORDER UNSEALING MULTIPLE SEARCH WARRANTS | Misc. Nos.<br><br>**UNDER SEAL** |

## MOTION TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the Search Warrant and related documents. In support of this motion, the government states the following:

Over the course of multiple months in 2017 the government sought—and the Court authorized—multiple search and seizure warrants directed at electronic accounts and/or an apartment connected to Allan James, who was suspected of committing violations of 18 U.S.C. § 922(g). The warrants were assigned case numbers 1:17-mj-79; 1:17-mj-148; 1:17-mj-204; 1:17-mj-246; 1:17-mj-285; 1:17-mj-540; 1:17-mj-541; and 1:17-mj-692. At the time of its issuance, the government requested and the Court ordered that the search warrants and related documents remain under seal. The primary basis for the sealing of these documents was that there was an ongoing, non-public nature of the criminal investigation into Mr. James' possession and sale of weapons.

On October 2, 2017, Mr. James was arrested and charged with one count of a violation of 18 U.S.C. § 922(g), and the government intends to provide the affidavits underlying these search warrants to the defendant as potential Jencks Act material.

WHEREFORE, the government moves to unseal Case Nos. 1:17-mj-79; 1:17-mj-148; 1:17-mj-204; 1:17-mj-246; 1:17-mj-285; 1:17-mj-540; 1:17-mj-541; and 1:17-mj-692.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:  \_\_\_\_\_/s/_____
ERIK M. KENERSON
OH Bar No. 82960
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7201
Erik.Kenerson@usdoj.gov

Date: July 3, 2018