**FILED**

JUL - 5 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA AN ORDER UNSEALING MULTIPLE SEARCH WARRANTS** | Case: 1:18-mc-00089<br>Assigned To : Howell, Beryl A.<br>Assign. Date : 7/5/2018<br>Description: Misc. |

## ORDER TO UNSEAL

Upon consideration of the government's Motion to Unseal Search Warrant and related

Documents, and the entire record in this case, it is hereby

ORDERED, that the government Motion to Unseal is GRANTED; and it is further

ORDERED, that the above matter is unsealed, as well as 1:17-mj-79; 1:17-mj-148; 1:17-

mj-204; 1:17-mj-246; 1:17-mj-285; 1:17-mj-540; 1:17-mj-541; and 1:17-mj-692, and

specifically that the search and seizure warrant and all related documents in those case numbers

are unsealed.

SO ORDERED.

Date: _July 5, 2018_

_Beryl A. Howell_
~~U.S. MAGISTRATE JUDGE~~
UNITED STATES DISTRICT COURT Judge